1  LAURENCE F. PADWAY (SBN: 089314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff,
5  ROYAL YATES

6
   LEWIS BRISBOIS BIDGAARD & SMITH LLP
7  CHARLES J. MURRAY (SBN:106750)
   One Sansome Street, Suite 1400
8  San Francisco, California 94104
   Telephone: (415) 362-2580
9  Facsimile : (415) 434-0882

10 Attorneys for Defendants,
   GUNN ALLEN FINANCIAL and
11 CURT WILLIAMS

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 ROYAL YATES,                          CASE NO. C-0501510 BZ

16         Plaintiff,                    STIPULATION TO EXTEND
                                         DEADLINE FOR MEDIATION AND
17    vs.    GUNN ALLEN FINANCIAL        [PROPOSED] ORDER
      ~~THE PRUDENTIAL INSURANCE~~ AND
18    ~~COMPANY OF AMERICA~~, CURT WILLIAMS,
19         Defendant.
20

21 _____/

22
           Whereas, by order filed August 1, 2005, this Court directed that mediation be
23
   completed by October 26, 2005; and
24

25
           Whereas, on September 15, 2005, this Court appointed Mark F. Katz mediator for this
26
   matter; and
27

28
           Whereas, based upon the schedules of counsel and the mediator it was not practical to

Stipulation to Extend Mediation            1          +              C-0501510 BZ

**CHAMBERS COURTESY COPY**

schedule the mediation prior to the October 26, 2005 deadline, and whereas, all parties and the mediator have agreed to schedule the mediation for November 16, 2005;

Now, therefore, the parties stipulate that the deadline for mediation be extended to and including November 16, 2005.

Dated: October 11, 2005

Laurence F. Padway
Attorney for plaintiff

Dated: October 11, 2005

Charles J. Murray
Attorney for defendant

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the deadline for mediation be extended to November 16, 2005.

Dated: 12 Oct 05

Hon. Bernard Zimmerman
United States Magistrate Judge

Stipulation to Extend Mediation       2       C-0501510 BZ