```
 1  Laurence F. Padway, SBN# 83914
    Law Offices of Laurence F. Padway
 2  1516 Oak Street, Suite 109
    Alameda, California 94501
 3  Phone:    (510) 814-6100
    Fax:      (510) 814-0650
 4

 5  Attorneys for plaintiff
    Royal Yates
 6
    Lewis, Brisbois, Bisgaard & Smith LLP
 7  Charles J. Murray, SBN 106750
    One Sansome Street, Suite 1400
 8  San Francisco, California 94104
    Phone:    (415) 362-2580
 9  Fax:      (415) 434-0882

10  Attorneys for defendants
    GunnAllen Financial and Curt Williams
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C-05-01510BZ |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING DISCOVERY |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. / | |

Whereas, numerous witnesses, including multiple non-parties in this case are located on the East Coast, including New York, Florida and Massachusetts, and

Whereas, disclosed experts in this case are located in Washington, D. C. and Texas, and

Whereas, the parties have experienced logistical difficulties in scheduling the

1 | witnesses so that depositions can be taken with a minimum number of coast to coast trips, and
2 |
3 | Whereas, the parties have been working as cooperatively and efficiently as possible to
4 | complete discovery with minimum expense, and with due regard for the necessity of proper trial
5 | preparation, and
6 |
7 | Whereas, the parties have cooperatively worked out a schedule to complete the
8 | outstanding discovery,
9 |
10 | Now therefore, the parties jointly request the court to extend the deadline to complete
11 | discovery to and including March 10, 2006.
12 |
13 | This stipulation does not require a change in either the pretrial date of March 21, 2006
14 | nor a change in the trial date of April 10, 2006.

Dated: January 14, 2006

By: _____
Laurence F. Padway
Attorney for Plaintiff

Dated: January 16, 2006

By: _____
Charles Murray
Attorney for defendant

IT IS SO ORDERED.

January 17, 2006

_____
Bernard
United S

IT IS SO ORDERED
Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Order re Discovery        Page 2 of 2