1  LAURENCE F. PADWAY (SBN: 089314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff,
5  ROYAL YATES

6
   LEWIS BRISBOIS BIDGAARD & SMITH LLP
7  CHARLES J. MURRAY (SBN:106750)
   One Sansome Street, Suite 1400
8  San Francisco, California 94104
   Telephone: (415) 362-2580
9  Facsimile : (415) 434-0882

10 Attorneys for Defendants,
   GUNN ALLEN FINANCIAL and
11 CURT WILLIAMS

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 ROYAL YATES,                          CASE NO. C-0501510 BZ

16              Plaintiff,               **STIPULATION TO EXTEND
                                         DEADLINE FOR PRETRIAL
17        vs.                            ORDER COMPLIANCE AND
                                         [PROPOSED] ORDER**
18 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
19
                Defendant.
20
21 _____/

22
        Whereas, by stipulation and order filed January 17, 2006, this Court extended the
23
   discovery deadline in this case to March 10, 2006; and
24

25
        Whereas, the Pretrial Conference is set for March 21, making the joint statement,
26
   exhibits, etc., due on March 1, 2006; and
27

28
        Whereas, the parties have met and conferred on the issues to be covered in the pretrial

Stipulation re Pretrial Filing Date        1        +             C-0501510 BZ

1 conference statement, but cannot complete the required filing until discovery is completed;

2

3   The parties stipulate that the pretrial filing due March 1, 2006 be extended to and due
4 March 15, 2006, with the assurance to the Court that counsel have been working diligently and
5 cooperatively and believe that they can resolve all or almost all disputes over evidence and
6 instructions by the deadline set out above,

7

8   Dated: February 27, 2006

9

10  _____
    Laurence F. Padway
11  Attorney for plaintiff

12  Dated: February 26, 2006

13

14  _____
    Charles J. Murray
15  Attorney for defendant

16

17                           **ORDER**

18  Good cause appearing, IT IS HEREBY ORDERED that the deadline for the filings
    due March 1, 2006 be extended to March 15, 2006.
19

20  Dated:   March 6, 2006
21
                                    DENIED
22
                                    Judge Bernard Zimmerman
23  Hon. Bernard
    United States
24

25

26

27

28

Stipulation re Pretrial Filing Date        2        +        C-0501510 BZ