UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>      Plaintiff(s),<br><br>  v.<br><br>GUNN ALLEN FINANCIAL and<br>CURT WILLIAMS,<br><br>      Defendant(s). | No. C05-1510 BZ<br><br>**PRETRIAL ORDER** |

The pretrial conference in this case were held on March 21, 2006. Plaintiff was represented at the conference by Laurence F. Padway, Esq. Defendants were represented by Charles J. Murray, Esq.

This Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice. See Fed. R. Civ. P. 16(e).

**1. LENGTH AND TIME OF TRIAL**

Trial shall begin on **Monday, April 10, 2006**, **at 8:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1 Avenue, San Francisco, California 94102.  The trial schedule
2 is as follows:  **8:30 a.m. - 1:30 p.m.**
3     Plaintiff shall be prepared to call witnesses **Monday,**
4 **April 10, 2006.**  Each side shall schedule witnesses to avoid
5 any interruption in the presentation of testimony.  During the
6 trial, witnesses, other than counsel, their clients and the
7 expert witness(es), shall remain sequestered outside the
8 courtroom until they are called to testify.
9     **2.   EXHIBITS AND EVIDENCE**
10     Exhibits shall not be a part of the record or go to the
11 jury unless sponsored by a witness or otherwise brought to the
12 jury's attention.
13     The parties must lodge the transcripts of any depositions
14 they anticipate using at trial by the start of trial.
15     **3.   JURY INSTRUCTIONS**
16     Rulings on the instructions were made on the record at
17 the pretrial conference.  The parties shall submit revised or
18 additional instructions as discussed during the conference.  A
19 chambers copy of all jury instructions shall be submitted on a
20 diskette formatted in WordPerfect 6, 8, 9 or 10 or may be
21 e-mailed to the following address: bzpo@cand.uscourts.gov
22     **4.   MISCELLANEOUS**
23     Any party who desires a transcript of the trial must make
24 arrangements with the court reporter.  Any party who needs an
25 interpreter or audio or visual equipment shall make its own
26 arrangements for same and clear all such equipment with court
27 security personnel.
28     The parties are instructed to notify the court

2

immediately if this action should settle before the commencement of trial.

Dated: April 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\PRETRIAL\PRETRIAL.ORD.wpd

3