1 | Laurence F. Padway, SBN# 83914
Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Phone: (510) 814-6100
Fax: (510) 814-0650
4

5 | Attorneys for plaintiff
Royal Yates
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROYAL YATES, | CASE NO. C-05-01510BZ |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION FOR ORDER PERMITTING VIDEO EQUIPMENT TO BE TRANSPORTED INTO THE COURTHOUSE and [proposed] ORDER |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

I, Laurence F. Padway, hereby declare under penalty of perjury that:

I am the attorney for plaintiff Royal Yates.

This action is set for trial on April 10, 2006.

Plaintiff desires to use a projector and laptop computer to project exhibits for viewing by the jury.

Application to Bring Video Equipment

Therefore, plaintiff requests an order for the United States Marshall to permit the transportation of the necessary equipment into the building.

Executed this 6th day of April, 2006, at Alameda, California.

_____
Laurence F. Padway

[Proposed]

**ORDER PERMITTING TRANSPORT OF VIDEO EQUIPMENT**

Good cause appearing, IT IS ORDERED that counsel for plaintiff, Laurence F. Padway, or his secretary, Nancy Cahill, may, consistent with such restrictions as the United States Marshall may require, transport into the courthouse the following items for use in the trial of this matter which is scheduled for April 10-12, 2006, to continue if needed the week of April 17, 2006:

1) A laptop computer;

2) A portable video projector;

3) A stand for the equipment; and

4) Extension cords.

Dated: April 7, 2006.

Hon. B[...]
United [...]

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

Application to Bring Video Equipment          Page 2 of 2