UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | ) |
| Plaintiff(s), | ) No. C05-1510 BZ |
| v. | ) |
| GUNN ALLEN FINANCIAL and CURT WILLIAMS, | ) **PROPOSED FINAL INSTRUCTIONS** |
| Defendant(s). | ) |

Attached is a set of jury instructions the court proposes to deliver at the conclusion of trial, with the exception of 21.3 Scienter, as to which the court is awaiting the parties' submission. Any objection to any instruction shall be made by **10:00 a.m., Wednesday, April 12, 2006**.

Dated: April 11, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\JURY.INS.ORDER.wpd

1