UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                       )
                                   )
          Plaintiff(s),            )      No. C05-1510 BZ
                                   )
     v.                            )
                                   )      **ORDER SCHEDULING HEARING**
GUNN ALLEN FINANCIAL and           )
CURT WILLIAMS,                     )
                                   )
          Defendant(s).            )
_____   )

     **IT IS HEREBY ORDERED** that a hearing to discuss entry of final judgment is scheduled for Monday, May 8, 2006 at 2:00 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  April 21, 2006

                              Bernard Zimmerman
                         United States Magistrate Judge


G:\BZALL\-BZCASES\YATES 2\HEARING.ORDER.wpd

1