UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>             Plaintiff(s),<br><br>       v.<br><br>GUNN ALLEN FINANCIAL and<br>CURT WILLIAMS,<br><br>             Defendant(s). | No. C05-1510 BZ<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** as follows:

   1.  Defendants' opposition to plaintiff's request for prejudgment interest shall be filed no later than **May 16, 2006.**  Plaintiff's reply shall be filed no later than **May 22, 2006.**

   2.  All post-trial motions by either side shall be filed on or before **June 1, 2006.**  Any opposition shall be filed on or before **June 12, 2006.**  Any reply shall be filed on or before **June 16, 2006.**

   3.  All such motions are presently scheduled for hearing on **June 21, 2006 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

1

California 94102.  A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9, or 10 or may be e-mailed to the following address:

<bzpo@cand.uscourts.gov>

Dated: May 9, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\SCHEDULING.ORDER.wpd