1  Laurence F. Padway, SBN# 83914
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Phone:        (510) 814-6100
   Fax:          (510) 814-0650
4

5  Attorneys for plaintiff
   Royal Yates
6

7
                       **UNITED STATES DISTRICT COURT**
8
                       **NORTHERN DISTRICT OF CALIFORNIA**
9

10  ROYAL YATES,                              CASE NO. C-05-01510BZ

11           Plaintiff,

12  vs.                                       PLAINTIFF'S REQUEST TO APPEAR
                                              BY TELEPHONE
13  GUNNALLEN FINANCIAL and
    CURT WILLIAMS,
14

15           Defendants.
    _____/
16

17           Plaintiff requests to appear telephonically at the hearing today at 4:00 p.m.. The

18  purpose of the hearing is to set a new trial date.

19

20           The hearing was set on short notice and without input from the parties as to the date.

21  Counsel for plaintiff is scheduled to take a deposition in another matter at 2:00 p.m. today. This

22  deposition has been on calendar for a month.

23

24           Counsel does not believe there is sufficient time to take the deposition and then drive

25  to San Francisco to make the appearance in this case. Therefore, counsel requests to appear

26

27

28  Plaintiff's Request to Appear By
    Telephone

1  telephonically which will either allow time to finish the deposition prior to the hearing, or to
2  participate in the hearing during a break in the deposition.

4  Dated: July 24, 2006

6  /s/_____
   Laurence F. Padway
7  Attorney for plaintiff

9  ORDER FOR TELEPHONIC APPEARANCE
10 Good cause appearing, it is ordered that counsel for plaintiff may appear by telephone
11 at the hearing set for 4:00 p.m. on July 24, 2006.

13 July 24, 2006

   _____
15 Hon. Bernard Zimmerman
   United States Magistrate Judge

28 Plaintiff's Request to Appear By Telephone                Page 2 of 2