UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYAL YATES, ) | | |
| ) | | |
| Plaintiff(s), ) | No. C05-1510 BZ | |
| ) | | |
| v. ) | **ORDER SCHEDULING** | |
| ) | **JURY TRIAL** | |
| GUNNALLEN FINANCIAL and CURT ) | | |
| WILLIAMS, ) | | |
| ) | | |
| Defendant(s). ) | | |
| _____ ) | | |

Plaintiff having rejected the remittitur, there will be a new trial on the sole issue of the amount of punitive damages against defendant GunnAllen Financial. Following a status conference, **IT IS HEREBY ORDERED** that:

1. <u>DATES</u>

Trial Date:  Monday, 8/28/2006, 2 days, **at 8:30 a.m.**

Pretrial Conference:  Tuesday, 8/15/2006, **at 4:00 p.m.**

2. <u>PRETRIAL CONFERENCE</u>

By **August 4, 2006** the parties shall meet and take all steps necessary to fulfill the requirements of this Order.

1

By **August 8, 2006**, the parties shall: (1) serve and file a witness list; (2) serve and file requested jury instructions, and a form of verdict.  The parties should agree to a joint set of instructions based on the set given during the first trial, and a preliminary instruction advising the jury of the limited nature of the trial.  Any instructions on which the parties cannot agree may be submitted separately.  The Ninth Circuit Manual and the California Judicial Council's Model Jury Instructions (CACI) should be used where possible.  Each requested instruction shall be typed in full on a separate page with citations to the authority upon which it is based.  Proposed jury instructions taken from the Ninth Circuit Manual or CACI need only contain a citation to that source.  Any modifications made to proposed instructions taken from a manual of model instructions must be clearly indicated.  In addition, all proposed jury instructions should conform to the format of the Example Jury Instruction attached to this Order.  **By August 10, 2006**, the parties shall serve and file any objections to separately proposed jury instructions.

All proposed jury instructions and forms of verdict shall be accompanied by a diskette containing a copy of the document formatted in WordPerfect 6.1, 8, 9 or 10 (Windows) or WordPerfect 5.1 (DOS).

At the time of filing the original with the Clerk's Office, two copies of all documents shall be delivered directly to Chambers (Room 15-6688).  Chambers' copies of all

///

///

1 | pretrial documents shall be three-hole punched at the side,
2 | suitable for insertion into standard, three-ring binders.
3 | Dated:  July 27, 2006

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\JURY.SCH.ORD.PUNITIVE.wpd

3

# EXAMPLE PROPOSED JURY INSTRUCTION
## For Chambers of Magistrate Judge Zimmerman

A proposed jury instruction should contain the following elements in the following order: (1) the name of the party submitting the instruction; (2) the title of the instruction; (3) the text of the instruction; (4) the authority for the instruction; (5) blank boxes for the Court to note whether it gives the instruction, refuses to give it, or gives it as modified.  The following proposed instruction contains these elements.

---

        _____'s Proposed Instruction No. _____.
        (Party)

[Title]

[Text]

[Authority]

_____ GIVEN       _____ REFUSED       _____ GIVEN AS MODIFIED