UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ROYAL YATES, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-1510 BZ |
| | ) | |
| v. | ) | |
| | ) | **BRIEFING ORDER** |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to Civil Local Rule 7-9(d), plaintiff is **ORDERED by August 9, 2006** to file a response to GunnAllen Financial's ("GunnAllen") motion for leave to file a motion for reconsideration on two points only:

    1.   Whether the motion is timely, given that a judgment has been entered, as contemplated by Civil Local Rule 7-9(a) but, the remittitur having been rejected, there will be a new trial on at least one issue; and

    2.   The impact of the amendment to Federal Rule of Civil Procedure 51 in 2003 on the court's prior ruling that

1

1  GunnAllen cannot now claim that instructions it proffered
2  should not have been given because of the invited error
3  doctrine.  If GunnAllen wishes to reply, it shall do so **by**
4  **August 11, 2006.**

5  Dated: August 3, 2006

              _____
                    Bernard Zimmerman
              United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\BRIEFING.ORD.8.3.06.WPD

2