RECEIVED
AUG 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,

    Plaintiff(s),

vs.

GUNNALLEN FINANCIAL and CURT WILLIAMS,

    Defendant(s).

Case No.: C05-1510BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

VICTOR STEPHEN COHEN, an active member in good standing of the bar of the State of Florida, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Northern District of Florida, and the United States District Court for the Middle District of Florida, whose business address and telephone number is WILLIAMS SCHIFINO MANGIONE & STEADY, P.A., 201 North Franklin Street, Suite 2600, Tampa, Florida 33602, (813) 221-2626, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GUNNALLEN FINANCIAL.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 14 Aug 06

                        Bernard Zimmerman
                        United States Magistrate Judge