RECEIVED
AUG 16 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>GUNNALLEN FINANCIAL and CURT WILLIAMS,<br><br>　　　　Defendant(s). | Case No.: C05-1510BZ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　WILLIAM J. SCHIFINO, JR., an active member in good standing of the bar of the State of Florida, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Middle District of Florida, and the Supreme Court of the United States, whose business address and telephone number is WILLIAMS SCHIFINO MANGIONE & STEADY, P.A., 201 North Franklin Street, Suite 2600, Tampa, Florida 33602, (813) 221-2626, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GUNNALLEN FINANCIAL.

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 17 Aug 06

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Application for Admission of Attorney Pro Hac Vice (169864.3) - 1