| | |
|---|---|
| 1 | ROBERT T. SULLWOLD (SBN 88139) |
| | JAMES A. HUGHES (SBN 88380) |
| 2 | SULLWOLD & HUGHES |
| | 235 Montgomery Street, Suite 730 |
| 3 | San Francisco, CA 94104 |
| | (415) 263-1850 |
| 4 | (415) 989-9798 FAX |
| 5 | V. STEPHEN COHEN (Admitted Pro Hac Vice) |
| | WILLIAM J. SCHIFINO JR. (Admitted Pro Hac Vice) |
| 6 | WILLIAMS SCHIFINO MANGIONE & STEADY P.A. |
| | 201 N Franklin Street, Suite 2600 |
| 7 | Tampa, FL 33602 |
| | (813) 221-2626 |
| 8 | (813) 221-7335 FAX |

Attorneys for Defendant
GunnAllen Financial

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | Case No.: C-05-01510 BZ |
| Plaintiff | **REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE; ORDER** |
| v. | |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

    Defendant GunnAllen Financial requests that the Court permit its Florida counsel, V. Stephen Cohen and William J. Schifino Jr., both of whom have been admitted pro hac vace in this matter, to appear by telephone at the status conference set for Monday, September 11, 2006 at 4 p.m. Defendant's San Francisco counsel, Robert T. Sullwold, will attend the status conference in person.

    Messrs. Cohen and Schifino will be in an arbitration hearing in Atlanta, Georgia beginning on September 11. Given the time difference, their hearing will have concluded for the day

1

DEFENDANT GUNN ALLEN FINANCIAL'S REQUEST TO APPEAR BY TELEPHONE; ORDER

by the time the status conference in this matter begins and they will be available to participate by telephone.

DATED:  September 8, 2006

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

V. STEPHEN COHEN
WILLIAM J. SCHIFINO JR.
WILLIAMS SCHIFINO MANGIONE & STEADY P.A.

_____s/ Robert T. Sullwold_____
Robert T. Sullwold
Attorneys for Defendant
GunnAllen Financial

ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

Having considered the foregoing Request to Appear by Telephone, and good cause appearing therefor, IT IS ORDERED that defendant's Florida counsel, V. Stephen Cohen and William J. Schifino Jr., may appear by telephone at the status conference set for Monday, September 11, 2006 at 4 p.m.

Dated: September 11, 2006

United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

DEFENDANTS TO PHONE COURT AT
522-4093 AT 4:00 P.M. -

2

DEFENDANT GUNN ALLEN FINANCIAL'S REQUEST TO APPEAR BY TELEPHONE; ORDER