Laurence F. Padway, SBN# 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Phone: (510) 814-6100
Fax: (510) 814-0650

Attorneys for plaintiff
Royal Yates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C-05-01510BZ |
| Plaintiff, | REQUEST TO APPEAR BY TELEPHONE |
| vs. | |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

Counsel for plaintiff requests to appear by telephone at the status conference set for 4:00 p.m. on September 11, 2006.

Counsel is scheduled to be in deposition starting at 1:00 p.m. today. A telephonic appearance at the status conference will allow counsel to complete the deposition today, whereas a personal appearance at the status conference would make it likely that the deposition would have to be interrupted and completed on another day, with the attendant inconvenience to the parties.

Dated: September 11, 2006

_____
Laurence F. Padway
Attorney for plaintiff Royal Yates

1  Good cause appearing, the request of counsel for plaintiff to appear by telephone at
2  the status conference on September 11, 2006 is approved.

4  Dated: September 11, 2006

_____
Hon. Bernard Zimmerman
United States

GRANTED
Judge Bernard Zimmerman