UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, <br><br> Plaintiff(s), <br><br> v. <br><br> GUNNALLEN FINANCIAL and CURT WILLIAMS, <br><br> Defendant(s). | No. C05-1510 BZ <br><br> **ORDER SCHEDULING JURY TRIAL** |

**IT IS HEREBY ORDERED** as follows:

1. Trial in this matter will commence on **November 13, 2006 at 8:30 a.m.** unless Mr. Padway is in trial in Parrish v. Alameda County, C05-3140 MJJ, in which event trial will begin on **November 27, 2006 at 8:30 a.m.**

2. Mr. Padway shall promptly notify the court if trial in Parrish is continued or if Parrish settles.

DATED: Sept. 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\TRIAL SCHED.ORDER.wpd

1