UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GUNNALLEN FINANCIAL and CURT WILLIAMS,<br><br>        Defendant(s). | No. C05-1510 BZ<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL ARBITRATION** |

    Defendant GunnAllen Financial's Motion for Leave to File a Motion for Reconsideration of this Court's Order Denying defendant's Motion to Compel Arbitration is **DENIED**.[1]

    Unlike in <u>Reddam</u>, 457 F.3rd 1054 (9th Cir. 2006), the agreement here clearly provides that disputes shall be determined by arbitration before the NYSE or NASD at plaintiff's election.  The agreement in <u>Reddam</u> only stated that the *rules* of a particular forum would be controlling.

    I also find that the language permitting plaintiff to

---

[1] All parties have consented to the jurisdiction of a United States Magistrate Judge for all proceedings including entry of final judgment pursuant to 28 U.S.C. § 636©).

1

1  select the forum constitutes an integral part of the agreement
2  to arbitrate not severable from that agreement.  See id. at
3  1060.  To ignore the language would be tantamount to erasing a
4  benefit explicitly granted to the plaintiff.
5      For these reasons, I find no need for argument and
6  defendant's motion is hereby **DENIED.**
7  Dated:  October 5, 2006

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\ReconsiderArbitrDenial.BZ.wpd