| | |
|---|---|
| 1 | ROBERT T. SULLWOLD (SBN 88139) |
| | JAMES A. HUGHES (SBN 88380) |
| 2 | SULLWOLD & HUGHES |
| | 235 Montgomery Street, Suite 730 |
| 3 | San Francisco, CA 94104 |
| | (415) 263-1850 |
| 4 | (415) 989-9798 FAX |
| 5 | V. STEPHEN COHEN (Admitted Pro Hac Vice) |
| | WILLIAM J. SCHIFINO JR. (Admitted Pro Hac Vice) |
| 6 | WILLIAMS SCHIFINO MANGIONE & STEADY P.A. |
| | 201 N Franklin Street, Suite 2600 |
| 7 | Tampa, FL 33602 |
| | (813) 221-2626 |
| 8 | (813) 221-7335 FAX |

Attorneys for Defendant
GunnAllen Financial

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | Case No.: C-05-01510 BZ |
| Plaintiff | **REQUEST TO APPEAR BY TELEPHONE AT PRETRIAL CONFERENCE; ORDER** |
| v. | |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

Defendant GunnAllen Financial requests that the Court permit its Florida counsel, William J. Schifino Jr., who has been admitted pro hac vace in this matter, to appear by telephone at the pretrial conference set for Monday, November 6, 2006 at 10:30 a.m. Defendant's San Francisco counsel, Robert T. Sullwold, will attend the pretrial conference in person.

Mr. Schifino will participate in the trial of this action and hence his participation in the pretrial conference is desirable. However, his office is located in Tampa, Florida, and attending the pretrial conference in person would require him to spend the better part of two days traveling to and

1

| | |
|---|---|
| 1 | from California for a hearing expected to last less than two hours. |
| 2 | DATED: October 31, 2006          ROBERT T. SULLWOLD |
| 3 |                                            JAMES A. HUGHES SULLWOLD & HUGHES |

DATED: October 31, 2006

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

V. STEPHEN COHEN
WILLIAM J. SCHIFINO JR.
WILLIAMS SCHIFINO MANGIONE & STEADY P.A.

                                         s/ Robert T. Sullwold

                                         Robert T. Sullwold
                                         Attorneys for Defendant
                                         GunnAllen Financial

ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

Having considered the foregoing Request to Appear by Telephone, and good cause appearing therefor, IT IS ORDERED that defendant's Florida counsel, William J. Schifino Jr., may appear by telephone at the pretrial conference set for Monday, November 6, 2006 at 10:30 a.m.

Dated: October 31, 2006

_____
United States Magistrate Judge

IT IS SO ORDERED
[signature] Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

DEFENDANT GUNN ALLEN FINANCIAL'S REQUEST TO APPEAR BY TELEPHONE; ORDER