UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, ) | |
| ) | |
| Plaintiff(s), ) | No. C05-1510 BZ |
| ) | |
| v. ) | |
| ) | |
| GUNN ALLEN FINANCIAL and ) | **ORDER** |
| CURT WILLIAMS, ) | |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Tuesday, November 14, 2006**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\REFRESHMENT.ORDER.JURY.wpd

1