Laurence F. Padway, SBN# 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Phone: (510) 814-6100
Fax: (510) 814-0650

Attorneys for plaintiff
Royal Yates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C-05-01510BZ |
| Plaintiff, | |
| vs. | APPLICATION FOR ORDER PERMITTING VIDEO EQUIPMENT TO BE TRANSPORTED INTO THE COURTHOUSE and [~~proposed~~] ORDER |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

I, Laurence F. Padway, hereby declare under penalty of perjury that:

I am the attorney for plaintiff Royal Yates.

This action is set for trial on November 13, 2006.

Plaintiff desires to use a projector and laptop computer to project exhibits for viewing by the jury.

Application to Bring Video Equipment

Therefore, plaintiff requests an order for the United States Marshall to permit the transportation of the necessary equipment into the building.

Executed this 6th day of November, 2006, at Alameda, California.

```
_____
Laurence F. Padway
```

~~[Proposed]~~

**ORDER PERMITTING TRANSPORT OF VIDEO EQUIPMENT**

Good cause appearing, IT IS ORDERED that counsel for plaintiff Laurence F. Padway, or his assistants, Nancy Cahill and Karen Freitas, may, consistent with such restrictions as the United States Marshall may require, transport into the courthouse the following items for use in the trial of this matter on November 9, 2006 (testing of equipment) and November 13-16, 2006 fpr trial:

1) A laptop computer;

2) A portable video projector;

3) A stand for the equipment; and

4) Extension cords.

9
Dated: November 6, 2006

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

_____
Hon. Bernard
United States

Application to Bring Video Equipment
Page 2 of 2