UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYAL YATES, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-1510 BZ |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | ) | |
| | ) | |
| Defendant(s). | ) | |

Defendant having moved under Federal Rule of Civil Procedure 50(b) for judgment in its favor as a matter of law, **IT IS HEREBY ORDERED** that any opposition to the motion shall be filed no later than **December 22, 2006.** Any reply shall be filed no later than **January 5, 2007.** If the motion cannot be resolved on the papers, it shall be heard on **Wednesday, January 24, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: December 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\Sched.Order.wpd

1