Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Royal Yates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES

        Plaintiff,

  vs.

GUNNALLEN FINANCIAL and
CURT WILLIAMS

        Defendants.
_____/

No. 05-01510 BZ

EX PARTE APPLICATION TO
FILE BRIEF LATE AND
[Proposed] ORDER

      I, Laurence F. Padway, hereby declare under penalty of perjury that:

      1. I am the attorney for plaintiff Royal Yates.

      2. Under the scheduling order dated December 6, plaintiff was to file his opposition to defendants' Rule 50(b) motion on or before December 22.

      3. My calendar inadvertently showed December 22 as a reminder date for this opposition instead of the due date. I did not recognize this error until December 23, while I was working on the opposition.

      4. As a result of this calendar error, plaintiff;s opposition was filed on December 25.

App. for Late Filing             Page 1 of 2

1    5. In view of the holiday weekend, I am aware of no prejudice to any party from the
late filing, and I doubt that any would occur.

6. For the foregoing reason, plaintiff requests permission to file his opposition late,
i.e., on December 25.

Executed this 25th day of December, 2006, at Alameda, California.

_____
Laurence F. Padway

ORDER

Good cause appearing, it is hereby ordered that plaintiff may file his opposition to defendants' motion under Federal Rule of Civil Procedure 50(b) on December 25, 2006.

Dated: December 26, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

App. for Late Filing                Page 2 of 2