UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYAL YATES, | ) | |
| Plaintiff(s), | ) | No. C05-1510 BZ |
| v. | ) | **ORDER** |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | ) | |
| Defendant(s). | ) | |

The court has under submission plaintiff's motion for a mistrial on the grounds that certain financial data should have been supplied plaintiff earlier than it was. At first blush, this seems to be a discovery dispute which should have been resolved prior to trial, and not grounds for a mistrial. Nonetheless, there was little argument at the time the motion was made. Nor is it clear to the court that, given the jury's verdict, plaintiff wishes to pursue his mistrial motion. **IT IS THEREFORE ORDERED** as follows:

1. By **January 10, 2007**, plaintiff should either withdraw the motion in writing or file a brief in support of his motion of no more than five (5) pages, including authority for making

1

1  such a mistrial motion.

2     2.  If a brief is filed, an opposition of no more than
3  five (5) pages shall be filed by **January 16, 2007**.  In that
4  event, plaintiff may file a reply of up to three (3) pages by
5  **January 19, 2007.**

6     3.  If the court concludes that argument is necessary the
7  motion shall be heard on **January 24, 2007 at 10:00 a.m.** in
8  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
9  Avenue, San Francisco, California 94102.

Dated: January 5, 2007

                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\ORDER.wpd