UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GUNNALLEN FINANCIAL and CURT WILLIAMS,<br><br>        Defendant(s). | No. C05-1510 BZ<br><br>**ORDER DENYING RULE 50 MOTIONS** |

**IT IS HEREBY ORDERED** that GunnAllen's motions made under Rule 50(a) and (b) are **DENIED**. There was ample evidence of GunnAllen's conduct, including conduct authorized or ratified by an officer or managing agent of GunnAllen, which the jury could have concluded was sufficiently reprehensible to warrant the level of punitive damages it awarded. The court finds no need for a hearing and therefore **VACATES** the hearing scheduled for **January 24, 2007 at 10:00 a.m.**

Dated: January 11, 2007

                                    Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 2\DENY.RULE 50 MOTIONS.ORD.wpd

1