1  William J. Schifino, Jr. (Admitted Pro Hac Vice)
   V. Stephen Cohen (Admitted Pro Hac Vice)
2  WILLIAMS SCHIFINO MANFIONE & STEADY, P.A.
   201 N. Franklin Street, Suite 3200
3  Tampa, FL 33602
   Tel: (813) 221-2626
4  Fax: (813) 221-7335

5  Robert T. Sullwold (SBN 88139)
   James A Hughes (SBN 88380)
6  SULLWOLD $ HUGHES
   235 Montgomery Street, Suite 730
7  San Francisco, CA 94104
   Tel: (415) 263-1850
8  Fax: (415) 989-9798

9  Attorneys for GunnAllen Financial, Inc.

10 Laurence F. Padway (SBN 83914)
   LAW OFFICES OF LAURENCE F. PADWAY
11 1516 Oak Street, Suite 109
   Alameda, California 94501
12 Tel: (510) 814-6100
   Fax: (510) 814-0650
13
   Attorneys for plaintiff Royal Yates
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C-05-01510BZ |
| Plaintiff, | |
| vs. | STIPULATION FOR STAY OF EXECUTION OF FINAL JUDGMENT PENDING APPEAL |
| GUNNALLEN FINANCIAL and CURT WILLIAMS, | |
| Defendants. | |

///

///

Stipulation for Stay

## STIPULATION AND ORDER

Whereas, judgment in this action was entered against GunnAllen Financial on November 17, 2006;

On January 30, 2007, said defendant filed a notice of appeal from the judgment;

Defendant has paid a portion of the judgment in the amount of $297,173.35, but desires to stay execution on the balance of the judgment pending the determination of the appeal, and any post-appeal proceedings in the Courts of Appeal or the United States Supreme Court;

Whereas, the parties stipulated that said defendant would post bond as a condition of the stay;

Whereas, the parties have approved the form and sufficiency of the bond, a copy of which is attached hereto;

Now, therefore, the parties stipulate that the judgment against GunnAllen Financial shall be stayed pending proceedings in the Courts of Appeal and the United States Supreme Court, until such time as all appellate proceedings have been exhausted and a remittitur issued to the United States District Court.

This stipulation and stay does not apply to the judgment issued against Curtis Williams.

Dated: April 13, 2007

William J. Schifino, Jr.
V. Stephen Cohen
Williams Schifino Mangione & Steady P.A.

Robert T. Sullwold
James A. Hughes
Sullwold & Hughes

William J. Schifino, Jr., Esq.
Attorneys for GunnAllen Financial, Inc.

Dated: April 10, 2007

Laurence F. Padway
Law Offices of Laurence F. Padway

Laurence F. Padway, Esq.
Attorney for Royal Yates

Stipulation for Stay                     Page 2 of 3

IT IS SO ORDERED.

Dated: ___April 16_____, 2007

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED, Judge Bernard Zimmerman" with signature]*

# American Contractors Indemnity Company 

In the __UNITED STATES DISTRICT__ Court
__NORTHERN__ District of __CALIFORNIA__

ROYAL YATES,

PLAINTIFF (S),

V.

GUNNALLEN FINANCIAL AND CURT WILLIAMS,

DEFENDANT (S).

Case No. __C05-1510 BZ__

UNDERTAKING UNDER
SECTION __917.1__
American Contractors Indemnity Company
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

WHEREAS, the above named __GUNNALLEN FINANCIAL, INC.__ as Principals desire(s) to give an undertaking for __APPEAL__ as provided in Section __917.1__ and as provided by local applicable rules of the Federal Rules of Civil Procedure.

NOW THEREFORE, the undersigned Surety, does hereby obligate itself, jointly and severally, to __ROYAL YATES, PLAINTIFF__ under said statutory obligations in the sum of __EIGHT HUNDRED SEVENTY-NINE THOUSAND AND 00/100__ Dollars ($ __879,000.00__ ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it or not not less than ten days, proceed summarily and render judgement against it in accourdance with their obligation and award execution theron.

SIGNED, SEALED and dated this __8TH__ day of __FEBRUARY__, 20 __07__.

Bond No. __1000755467__

The premium charge for this bond is
$ __9,290.00__ per annum.

AMERICAN CONTRACTORS INDEMNITY COMPANY

Attorney-in-Fact __KARIMA BURNES__