UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, ) )     Plaintiff(s), ) )   v. ) ) GUNNALLEN FINANCIAL and CURT) WILLIAMS, ) )     Defendant(s). ) ) | No. C05-1510 BZ  **BRIEFING ORDER** |

    Defendants' motion to reduce amount of supersedeas bond having been received by the Court and noticed for June 20, 2007 hearing, **IT IS ORDERED** as follows:

    1.  Plaintiff's opposition, if any, shall be filed by May 30, 2007;

    2.  Defendants' reply, if any, shall be filed by June 6, 2007;

    3.  The matter will be deemed submitted on the papers. If a hearing is required, the court will schedule one for Wednesday, **July 11, 2007 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

1   Francisco, California 94102.

2   Dated: May 9, 2007

3                                   _____
                                        Bernard Zimmerman
4                                   United States Magistrate Judge

5
    G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\Bondbz.wpd
6