UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                          )
                                      )
          Plaintiff(s),               )        No. C05-1510 BZ
                                      )
     v.                               )        **AMENDED BRIEFING ORDER**
                                      )
GUNNALLEN FINANCIAL and CURT)
WILLIAMS,                             )
                                      )
          Defendant(s).               )
_____)


     Defendants' motion to reduce amount of supersedeas bond
having been received by the Court and noticed for June 20,
2007 hearing, **IT IS ORDERED** as follows:

     1.  Plaintiff's opposition, if any, shall be filed by May
30, 2007;

     2.  Defendants' reply, if any, shall be filed by June 6,
2007;

     3.  The matter will be deemed submitted on the papers.
If a hearing is required, the court will schedule one for
Wednesday, **July 11, 2007 at <u>10:00 a.m.,</u>** in Courtroom G, 15th
Floor, Federal Building, 450 Golden Gate Avenue, San

1

1  Francisco, California 94102.

2  Dated: May 9, 2007

3  _____
       Bernard Zimmerman
4     United States Magistrate Judge

5

6  G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\Bondbz.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                    )
                                )
          Plaintiff(s),         )     No. C05-1510 BZ
                                )
     v.                         )     **AMENDED BRIEFING ORDER**
                                )
GUNNALLEN FINANCIAL and CURT    )
WILLIAMS,                       )
                                )
          Defendant(s).         )
_____)

     Defendants' motion to reduce amount of supersedeas bond
having been received by the Court and noticed for June 20,
2007 hearing, **IT IS ORDERED** as follows:

     1.  Plaintiff's opposition, if any, shall be filed by May
30, 2007;

     2.  Defendants' reply, if any, shall be filed by June 6,
2007;

     3.  The matter will be deemed submitted on the papers.
If a hearing is required, the court will schedule one for
Wednesday, **July 11, 2007 at <u>10:00 a.m.,</u>** in Courtroom G, 15th
Floor, Federal Building, 450 Golden Gate Avenue, San

1   Francisco, California 94102.

2   Dated: May 9, 2007

3   _____

4               Bernard Zimmerman
        United States Magistrate Judge

5

6   G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\Bondbz.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                    )
                                )
          Plaintiff(s),         )     No. C05-1510 BZ
                                )
     v.                         )     **AMENDED BRIEFING ORDER**
                                )
GUNNALLEN FINANCIAL and CURT    )
WILLIAMS,                       )
                                )
          Defendant(s).         )
_____)


     Defendants' motion to reduce amount of supersedeas bond
having been received by the Court and noticed for June 20,
2007 hearing, **IT IS ORDERED** as follows:

     1.  Plaintiff's opposition, if any, shall be filed by May
30, 2007;

     2.  Defendants' reply, if any, shall be filed by June 6,
2007;

     3.  The matter will be deemed submitted on the papers.
If a hearing is required, the court will schedule one for
Wednesday, **July 11, 2007 at <u>10:00 a.m.,</u>** in Courtroom G, 15th
Floor, Federal Building, 450 Golden Gate Avenue, San

1

1   Francisco, California 94102.

2   Dated: May 9, 2007

3                          _____
                                Bernard Zimmerman
4                          United States Magistrate Judge

5
    G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\Bondbz.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                    )
                                )
            Plaintiff(s),       )       No. C05-1510 BZ
                                )
      v.                        )       **AMENDED BRIEFING ORDER**
                                )
GUNNALLEN FINANCIAL and CURT    )
WILLIAMS,                       )
                                )
            Defendant(s).       )
_____ )


      Defendants' motion to reduce amount of supersedeas bond
having been received by the Court and noticed for June 20,
2007 hearing, **IT IS ORDERED** as follows:

      1.  Plaintiff's opposition, if any, shall be filed by May
30, 2007;

      2.  Defendants' reply, if any, shall be filed by June 6,
2007;

      3.  The matter will be deemed submitted on the papers.
If a hearing is required, the court will schedule one for
Wednesday, **July 11, 2007 at <u>10:00 a.m.,</u>** in Courtroom G, 15th
Floor, Federal Building, 450 Golden Gate Avenue, San

1

1  Francisco, California 94102.

2  Dated: May 9, 2007

3  _____

4  Bernard Zimmerman
   United States Magistrate Judge

5

6  G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\Bondbz.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2