UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>  Plaintiff(s),<br><br>  v.<br><br>GUNNALLEN FINANCIAL and CURT WILLIAMS,<br><br>  Defendant(s). | No. C05-1510 BZ<br><br>**ORDER REDUCING AMOUNT OF SUPERSEDEAS BOND** |

Defendants have moved to reduce the amount of the supersedeas bond. Plaintiff has not filed an opposition. The court finds no need for argument and **VACATES** the hearing presently scheduled for July 11, 2007. Good cause appearing, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED** and the amount of the supersedeas bond is reduced to $700,000.

Dated: June 1, 2007

　　　　　　　　　　　　　　　　 Bernard Zimmerman
　　　　　　　　　　　　　　　　 United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\YATES 2\ORDER GRANTING MOT.RE BOND.wpd

1